IC

RECEIVED

AUG 1 1 2025 ₩

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

)
)
)

**United States District Court**
**Northern District of Illinois**

Plaintiff )

Venesha T Williams )

v. )

Niles Township High )
School District 219 )

Defendant )

**1:25-cv-09509**
Judge Mary M. Rowland
Magistrate Judge Maria Valdez
RANDOM / Cat. 2

**COMPLAINT**

Since 11, OCT 2022, District 219's medication authorization forms violates 105ILCS 5/10-22.21 b(b). This prevented JA from attending school 2024-25 school year. 05 AUG 2025 the district amended a medication authorization form that still failed to make accommodations for students that do not self administer medication.
Unless the district made accommodations for students that are administed antiepileptic medication during school hours and/or do not self administer medication, JA will go another school year without access to FAPE as well as other specialized support services eg. PT, OT, speech pathology, vision therapy and so on.
The district violates J.A. HIPAA on 09 JAN 2025 by including Independence Plus Incorporated to JA's IEP meeting without an authorization to release protected private health information

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  | ) | **United States District Court** |
|  | ) | **Northern District of Illinois** |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant | ) |  |

## COMPLAINT

I am asking that all school and school related activities within District 219 is suspended pending a decision from ISBE Case No. 2025-DP-0244.

N/A

VTW 11 AUG 2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | ) | **United States District Court** |
| | ) | **Northern District of Illinois** |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## COMPLAINT

N/A
VTW 11AUG2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

)　　United States District Court
)　　Northern District of Illinois
Plaintiff        )
)
v.               )
)
)
)
Defendant     )

**COMPLAINT**

N/A
VTWII AUG 2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]